In all other respects, we affirm the amended order for reasons stated in the decision at Supreme Court (Smith, J.). (Appeals from Amended Order of Supreme Court, Livingston County, Smith, J.—Mental Hygiene Law.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ ROSE MARIE MASTERPOL, Plaintiff, v RICHARD F. SEIDNER et al., Defendants and Third-Party Plaintiffs-Appellants-Respondents. UNITED FRONTIER MUTUAL INSURANCE COMPANY, Third-Party Defendant-Respondent-Appellant; MCLAUGHLIN-KEHOE ASSOCIATES, INC., Third-Party Defendant-Appellant-Respondent. (Appeal No. 1.) [652 NYS2d 566] —Appeal from order insofar as it denied reargument unanimously dismissed (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984) and order affirmed without costs. (Appeals from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ ROSE MARIE MASTERPOL, Plaintiff, v RICHARD F. SEIDNER et al., Defendants and Third-Party Plaintiffs-Appellants-Respondents. UNITED FRONTIER MUTUAL INSURANCE COMPANY, Third-Party Defendant-Respondent-Appellant; MCLAUGHLIN-KEHOE ASSOCIATES, INC., Third-Party Defendant-Appellant. (Appeal No. 3.) [652 NYS2d 567] —Appeals unanimously dismissed without costs (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeals from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ CYNDIE JONES, Appellant, v GREAT AMERICAN GROCERY STORE, Respondent. (Appeal No. 1.) [652 NYS2d 560] —Appeal unanimously dismissed without costs (*see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.*, 147 AD2d 977). (Appeal from Order of Supreme Court, Oneida County, Lynch, J.H.O.—Negligence.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ CYNDIE JONES, Appellant, v GREAT AMERICAN GROCERY STORE, Respondent. (Appeal No. 2.) [651 NYS2d 773] —Judgment unanimously affirmed without costs. Memorandum: Plaintiff commenced this action seeking damages for injuries she sustained when another customer punched her in the face after a verbal altercation in the check-out line at defendant's store. Supreme Court properly granted defendant's motion to dismiss brought pursuant to CPLR 4401 (*cf., Lacy v Guthrie Clinic*, 184 AD2d 1057). Although defendant had a duty to exercise reasonable care to protect its customers, the sudden